UNITED STATES BANKRUPTCY COURT
Northern District of Illinois . Western Division

IN RE:                                                                    CHAPTER 13

SARAH WILKINSON                                              CASE NO. 14-83120

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**    US Bank Home Mortgage            **Court claim #: 6**

**Last four digits** of any number used to identify the debtor's account: 9675

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $1661.17 |
| Amount Paid by Trustee | $1661.17 |

| *Monthly ongoing Mortgage Payment* | | |
|---|---|---|
| Mortgage is paid: | | |
| ☐    Thru the Chapter 13 Plan | ☒ | Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:   4/25/19                           /s/Lydia S. Meyer
                                           Lydia S. Meyer, Trustee
                                           308 W. State St., Suite 212
                                           Rockford, IL  61101

Certificate of Service

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 25th Day of April, 2019

Dated:   4/25/19                           /s/Cynthia K. Burnard

US BANK HOME MORTGAGE
BANKRUPTCY DEPARTMENT
4801 FREDERICA
OWENSBORO, KY 42301

US BANK NA
BANKRUPTCY DEPARTMENT
PO BOX 5229
CINCINNATI, OH 45201-5229

CODILIS & ASSOCIATES PC
BANKRUPTCY DEPARTMENT
15W030 N FRONTAGE RD SUITE 100
BURR RIDGE, IL 60527

SARAH WILKINSON
1412 BRYN MAWR LN
ROCKFORD, IL  61107

SPRINGER LAW FIRM
ATTORNEY DANIEL A. SPRINGER
5301 E. STATE ST., SUITE 105
ROCKFORD, IL  61108